UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | CASE NO. 12 B 24690 |
|---|---|
|  | CHAPTER 13 |
| GLORIA A WILLIAMS |  |
|  | JUDGE JACK B SCHMETTERER |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US BANK NATIONAL ASSOC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 4 | 6037 2626 CEDAR AVE | $13,796.62 | $14,339.12 | $14,339.12 |
| Total Amount Paid by Trustee |  |  |  |  | $14,339.12 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-24690-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 26th day of February, 2015.

Debtor:
GLORIA A WILLIAMS
5120 S INGLESIDE # 1
CHICAGO, IL  60615

Attorney:
THOMAS W DREXLER
221 N LASALLE ST # 1600
CHICAGO, IL  60601
via Clerk's ECF noticing procedures

Creditor:
US BANK NATIONAL ASSOC
% AMERICAS SERVICING CO
1 HOME CAMPUS MAC# X2302-04C
DES MOINES, IA  50328

Mortgage Creditor:
BANK OF AMERICA
% FREEDMAN ANSELMO
LINDBERG &
1771 W DIEHL RD
PO BOX 3216
NAPERVILLE, IL  60563-1890

Creditor:
AMERICA SERVICING COMPANY
% PROCESSING MAC 2302 04C
ONE HOME CAMPUS
DES MOINES, IA  50328

ELECTRONIC SERVICE - United States Trustee


Date:  February 26, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603